**Luis Alfredo MATA–FASARDO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–71869.

United States Court of Appeals, Ninth Circuit.

Submitted June 15, 2011.*

Filed June 28, 2011.

Mike Singh Sethi, Esquire, Orange, CA, for Petitioner.

Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, Jennifer R. Khouri,

---

OIL, DOJ–U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, for Respondent.

Before: CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

### MEMORANDUM **

Luis Alfredo Mata–Fasardo, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen deportation proceedings held in absentia. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reopen, *Singh v. Gonzales,* 491 F.3d 1090, 1095 (9th Cir.2007), and we deny the petition for review.

The BIA did not abuse its discretion in denying Mata–Fasardo's motion to reopen as untimely because the motion was filed more than 13 years after his 1996 deportation order, *see* 8 C.F.R. § 1003.2(c)(2), and Mata–Fasardo did not show that he acted with the due diligence required for equitable tolling of the filing deadline, *see Singh,* 491 F.3d at 1096–97. It follows that the denial of Mata–Fasardo's motion to reopen did not violate due process. *See Lata v. INS,* 204 F.3d 1241, 1246 (9th Cir.2000) (requiring error for a due process violation).

**PETITION FOR REVIEW DENIED.**

.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.